1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:   (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION
15
16 UNITED STATES OF AMERICA,        )   CR No. 08-70326 BZ
                                    )
17         Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                    )   EXCLUDING TIME UNDER FED. R. CRIM.
18     v.                            )   P. 5.1
                                    )
19 HONG WEIYAN,                     )
                                    )
20                                  )
           Defendant.               )
21 _____ )
22
23      On July 7, 2008, the parties in this case appeared before the Court for a status conference. At
24 that time, the parties requested, and the Court agreed, to set the defendant's preliminary hearing
25 or arraignment on July 24, 2008. The parties stipulated that pursuant to Federal Rule of Criminal
26 Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from
27 //
28 //

Stipulation and [Proposed] Order Excluding Time
CR 08-70326 BZ                                                                                      1

FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  July 7, 2008 through July 24, 2008. The parties agreed that, taking into account the public
2  interest in prompt disposition of criminal cases, good cause existed for this extension.
3
4  SO STIPULATED:
5
6                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney
7
8  DATED: July 8, 2008                          _____/s/_____
                                                 TAREK J. HELOU
9                                                Assistant United States Attorney
10
11 DATED: July 8, 2008                          _____/s/_____
                                                 RONALD TYLER
12                                               Attorney for Defendant Hong Weiyan
13
14     For the reasons stated above, the Court finds that exclusion of time from July 7, 2008 through
15 July 24, 2008 is warranted and that the ends of justice served by the continuance outweigh the
16 best interests of the public and the defendant in a speedy trial. FRCP 5.1(d).
17
18 SO ORDERED.
19
20 DATED: 7/9/09                                 _____
                                                 THE HONORABLE NANDOR J. VADAS
21                                               United States Magistrate Judge
22
23
24
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 08-70326 BZ                                                                                    2