AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 08 AUG -4 AM 9:26 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1324(a)(1)(A)(iv) - Alien Smuggling (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Maximum Prison Term of 10 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years; and
Mandatory Special Assessment of $100.

**DEFENDANT - U.S.**

HONG WEIYAN

DISTRICT COURT NUMBER

CR 08 0516 MMC

E-filing

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Customs and Border Protection

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 08-70326 BZ

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): TAREK J. HELOU

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year 6/2/2008

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:



JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
08 AUG -4 AM 9:26
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08 0516 MMC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HONG WEIYAN,<br>Defendant. | No.<br>VIOLATION: 8 U.S.C. § 1324(a)(1)(A)(iv) – Alien Smuggling<br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about June 2, 2008, in the Northern District of California, the defendant,

HONG WEIYAN,

did encourage and induce two aliens, namely, two alien women, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and

//

//

//

//

//

ORIGINAL

entry, and residence in the United States was in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

DATED: July 28, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: AUSA HELOU)