AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

——— DISTRICT OF ———

FILED
AUG 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-516 MMC

I, _Hong Weiyu_ , the above named defendant, who is accused of

being advised of the nature of the **charge(s), the** proposed information, and of my rights, hereby waive in open court on _8/4/08_ prosecution by indictment and consent that the proceeding may be by information rather **than by indict**ment.

_____
**Defendant**

_____
**Counsel for Defendant**

Before _____
Judicial Officer