JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-516 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| HONG WEIYAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On August 4, 2008, the parties in this case appeared before the Court for the defendant's arraignment. At the arraignment, the parties requested that the Court exclude all time under the Speedy Trial Act from August 4, 2008 through August 27, 2008, because the parties in this case needed additional time to finalize a plea agreement. The parties agree that the length of the continuance is the reasonable time necessary for preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a

1 | continuance outweigh the best interests of the public and the defendant in a speedy trial.  18
2 | U.S.C. § 3161(h)(8)(A).

4 | SO STIPULATED:

                JOSEPH P. RUSSONIELLO
                United States Attorney

8 | DATED: August 6, 2008                    /s/
                TAREK J. HELOU
                Assistant United States Attorney

11 | DATED: August 6, 2008                    /s/
                RONALD TYLER
                Attorney for Defendant Hong Weiyan

    For the reasons stated above, the Court finds that exclusion of time from August 4, 2008 through August 27, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial  18 U.S.C. § 3161(h)(8)(A).  The failure to grant the requested continuance would deny the parties effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 8, 2008

                THE HONORABLE BERNARD ZIMMERMAN
                United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

Stipulation and [Proposed] Order Excluding Time
CR 08-516 MMC                                                                                                  2