UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: **AUG 2 7 2008**

Case No. CR-08-0516 MMC

JUDGE: **Maxine M. Chesney**

Defendant: Hong Weiyan

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: Tarek Helou

ATTORNEY FOR DEFENDANT: Ronald Tyler

Deputy Clerk: **TRACY LUCERO**

Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING: Initial Status Conference

RESULT OF HEARING: Counsel request one week continuance to allow defendant's counsel time to review plea agreement with defendant.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 9/3/08 @ 2:30 for Change of Plea & Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(12 m/w)