## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

E-filing

Date: __SEP X 3 2008__

Case No. _CR·08-0516 MMC_

JUDGE: **Maxine M. Chesney**

_Hong Weiyan_
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

_Tarek Helou_
U.S. ATTORNEY

_Ronald Tyler_
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: _Connie Kuhl_

### PROCEEDINGS

REASON FOR HEARING   _Change of Plea / Judgment & Sentencing_

RESULT OF HEARING   _Plea agreement filed with the Court. Deft pled guilty to the one-count information. Sentence: 12 months in custody, 3 years supervised release._

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
                  (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

_(45 min)_